UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA FORDYCE,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Case No.: 1:12-cv-01601 - JLT<br><br>ORDER TO PLAINTIFF TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH THE COURT'S ORDERS |

Debra Lynn Fordyce ("Plaintiff") initiated this action by filing a complaint on September 28, 2012. (Doc. 1). The Court issued Summons for the Commissioner of Social Security and its Scheduling Order on October 1, 2012. (Docs. 4-5).

The Court ordered, "within twenty (20) days of filing the complaint, appellant shall serve the summons, complaint, the notice and form of consent to proceed before a magistrate judge provided by Local Rule 305(a), and a copy of this order and file a return of service with this court." (Doc. 5 at 2). Further, the Court instructed: "[W]ithin 90 days, all parties shall complete and return the enclosed "Consent to Assignment or Request for Reassignment." (Doc. 5-1 at 1). To date, Plaintiff has not filed proof of service, and she failed to complete the form indicating whether she consents to the jurisdiction of the magistrate judge.

1

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." LR 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action based upon a party's failure to obey a court order, failure to prosecute an action, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); *Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order).

Accordingly, Plaintiff is **ORDERED** to show cause within 14 days of the date of service of this Order why the action should not be dismissed for failure to prosecute and failure to follow the Court's Orders, or in the alternative, to file proof of service and complete and file the consent form.

IT IS SO ORDERED.

Dated:   **January 7, 2013**                    /s/ Jennifer L. Thurston
                                                UNITED STATES MAGISTRATE JUDGE