IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN FORDYCE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.: 1:12-cv-1601-AWI- JLT<br><br>ORDER CLOSING CASE IN LIGHT OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. Nos. 7, 8) |

On January 25, 2013, the Magistrate Judge recommended this action be dismissed for Plaintiff's failure to prosecute and failure to comply with the Court's orders. (Doc. 7). Plaintiff was granted fourteen days to object to the recommendations. Also on January 25, 2013, Plaintiff filed a motion to dismiss the action with prejudice. (Doc. 8). The Court construes this motion as a Rule 41(a)(1) voluntary dismissal.

Since no answers or summary judgment motions have been filed, Plaintiff's Rule 41(a)(1) dismissal has automatically terminated this case. See Fed. R. Civ. Pro. 41(a)(1); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court DECLINES TO ADOPT the Findings and Recommendations as they are now moot; and

2. The Clerk shall CLOSE this case in light of Plaintiff's Rule 41(a)(1) voluntary dismissal with prejudice.

IT IS SO ORDERED.

Dated:　January 29, 2013

　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE